UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| NICHOLAS SCOTT SAPP, | ] |  |
|---|---|---|
|  | ] |  |
| Plaintiff, | ] |  |
|  | ] |  |
| v. | ] | No. 3-09-0581 |
|  | ] | JUDGE HAYNES |
|  | ] |  |
| CSX TRANSPORTATION, INC. | ] |  |
|  | ] |  |
| Defendant. | ] |  |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 33) is **GRANTED**; Plaintiff's motion for partial summary judgment (Docket Entry No. 36) is **GRANTED in part** as to the issue of mitigation but is otherwise **DENIED**; Plaintiff's motions to strike (Docket Entry Nos. 45 and 52) are **GRANTED in part** and **DENIED in part**; and Defendant's motion for permission to respond to the issue of mitigation of damages (Docket Entry No. 49) is **DENIED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 12th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge